UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED PILOTS ASSOCIATION, et al., <br><br> Defendants. | Case No. 15-cv-03125-RS <br><br> **ORDER GRANTING LEAVE TO SEEK RECONSIDERATION AND SETTING A BRIEFING SCHEDULE** |

Defendant Allied Pilots Association ("the Union") is granted leave to seek partial reconsideration of the order entered June 16, 2016. The Union's motion for leave to seek reconsideration shall serve as its opening brief. Plaintiff may file opposition, not to exceed 15 pages, within two weeks of the date of this order. The Union may file a reply, not to exceed 8 pages, within one week thereafter. The matter will then be submitted for decision, or set for hearing, in the Court's discretion.

**IT IS SO ORDERED**.

Dated: June 27, 2016

RICHARD SEEBORG
United States District Judge