UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, ET AL., <br><br>Plaintiffs, <br><br>v. <br><br>ALLIED PILOTS ASSOCIATION, et al., <br><br>Defendants. | Case No. 3:15-cv-03125-RS (KAW) <br><br>**ORDER DENYING 1/17/18 JOINT LETTER** <br><br>Re: Dkt. No. 106 |

On January 17, 2018, the parties filed a joint letter concerning whether Plaintiff may rely at trial on documents that were not produced during discovery, but were referenced in documents that were produced. (Joint Letter, Dkt. No. 106 at 2.)

The deadline to complete non-expert discovery was December 31, 2017. (Dkt. No. 85 at 1.) Thus, the last day to file a joint discovery letter pertaining to the documents referenced was January 9, 2018. *See* Civil L.R. 37-3 ("Where the Court has set separate deadlines for fact and expert discovery, no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off").

Accordingly, to the extent that this letter seeks to compel the further production of documents it is DENIED as untimely. Notwithstanding, to the extent that it is a motion to exclude or admit documents or evidence at trial, such matters must be addressed to the trial judge, presumably in conjunction with other motions in limine.

IT IS SO ORDERED.

Dated: January 30, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge