STEVEN K. HOFFMAN*
DANIEL M. ROSENTHAL*
ALICE C. HWANG*
James & Hoffman, P.C.
1130 Connecticut Avenue, N.W., Suite 950
Washington, D.C. 20036
Telephone: (202) 496-0500
Facsimile: (202) 496-0555
skhoffman@jamhoff.com
dmrosenthal@jamhoff.com
achwang@jamhoff.com

JEFFREY B. DEMAIN (SBN 126715)
HUNTER B. THOMSON (SBN 330533)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jdemain@altshulerberzon.com
hthomson@altshulerberzon.com

Attorneys for Defendant
Allied Pilots Association

*Admitted pro hac vice

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALLIED PILOTS ASSOCIATION, et al., <br><br> *Defendants*. | Case No.: 3:15-cv-03125-RS <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE, EXPERT DISCOVERY, AND STATUS CONFERENCE;  ORDER** <br> **AS MODIFIED BY THE COURT** |

The undersigned parties hereby stipulate, and respectfully request the Court to order as follows: (1) Defendant's brief on causation, as ordered in the Court's Order for Additional Briefing (ECF No. 229), shall be due on December 23, 2020, and Plaintiffs' response shall be due

Stipulation Regarding Briefing Schedule, Expert Discovery, and Status Conference
Case No. 3:15-cv-03125-RS                                                                                                 1

on January 27, 2021; (2) discovery as to the November 20, 2019, revised expert report of Artemas Darby, as ordered in the Court's Order re Pending Motions and Case Status (ECF No. 222), shall be stayed pending the disposition of the causation issue currently before the Court; and (3) the status conference currently scheduled for January 14, 2021 (ECF No. 222), shall be postponed until the conclusion of briefing on the causation issue. Good cause for such scheduling modifications exists for the following reasons:

    The Court's recent order on causation (ECF No. 229) instructed the parties to confer to the extent that the scheduled established by the Court was inconvenient to either or both sides. The parties have done so. In light of the upcoming holidays, the parties believe that the proposed deadlines set forth above represent a reasonable briefing schedule.

    As to discovery on Mr. Darby's revised report, the current schedule calls for that discovery to conclude on March 15, 2021 (ECF No. 224). The parties believe it would be most efficient to await the resolution of those issues before proceeding with a deposition of Mr. Darby on his revised report, the possible preparation of a rebuttal report, and the possible deposition of a rebuttal expert.

    Finally, as to the status conference currently scheduled for January 14, 2021, the parties believe that it may be most productive to hold the conference after the Court has had an opportunity to review the briefs submitted by the parties on causation.

    The foregoing is so stipulated and agreed between the parties by and through their undersigned counsel.

Dated:  November 30, 2020          Respectfully submitted,

                                        STEVEN K. HOFFMAN
                                        DANIEL M. ROSENTHAL
                                        ALICE C. HWANG
                                        James & Hoffman, P.C.

                                        JEFFREY B. DEMAIN
                                        HUNTER B. THOMSON
                                        Altshuler Berzon LLP

                                        By: */s/ Jeffrey B. Demain*
                                                 Jeffrey B. Demain

                                        Attorneys for Defendant Allied Pilots Association

TIMOTHY D. McGONIGLE PROF. CORP.
Timothy D. McGonigle (SBN 115979)
1880 Century Park East, Suite 516
Los Angeles, California 90067
Telephone: (310) 478-7110
tim@mcgoniglelaw.net

Braunstein & Braunstein, P.C.
George G. Braunstein (SBN 134602)
Clark Anthony Braunstein (SBN 278023)
11755 Wilshire Boulevard, Suite 1600
Los Angeles, California 90025
Telephone: (310) 914-4999
george@braunsteinpc.com
clark@braunsteinpc.com

By: */s/Timothy D. McGonigle*
Timothy D. McGonigle

Attorneys for Plaintiffs

**Signature Attestation**

Pursuant to Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: November 30, 2020

Altshuler Berzon LLP

By: */s/ Jeffrey B. Demain*
Jeffrey B. Demain

**ORDER**

Based on the foregoing stipulation of counsel, and GOOD CAUSE appearing to do so, the Court hereby makes the following Order:

Defendant's brief on causation, as ordered in the Court's Order for Additional Briefing (ECF No. 229), shall be due on December 23, 2020, and Plaintiffs' response shall be due on January 27, 2021;

Discovery as to the November 20, 2019, revised expert report of Artemas Darby, as ordered in the Court's Order re Pending Motions and Case Status (ECF No. 222), shall be stayed pending the disposition of the causation issue currently before the Court; and

**The status conference currently scheduled for January 14, 2021 (ECF No. 222), shall be continued to February 18, 2021 at 1:30 pm.**

Dated:   11/30/2020

_____
United States District Court Judge