1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, *et al.*, | ) ) ) | Case No. 3:15-cv-03125-RS |
| Plaintiffs, | ) ) | **FINAL JUDGMENT** |
| v. | ) ) ) | Date:       N/A<br>Time:       N/A<br>Courtroom: N/A |
| ALLIED PILOTS ASSOCIATION, *et al.*, | ) ) | Judge:      Hon. Richard Seeborg |
| Defendants. | ) ) ) ) ) ) ) | |

**Final Judgment**
*American Airlines Flow-Thru Pilots Coalition v. Allied Pilots Assn.*, Case No. 3:15-cv-03125-RS

Judgment is hereby entered in favor of Defendants and against Plaintiffs in the above-captioned action, in conformity with this Court's Orders of December 17, 2015 (ECF No. 37); April 4, 2016 (ECF No. 63); June 16, 2016 (ECF No. 67); and May 6, 2021 (ECF No. 241).

On June 16, 2016 (ECF No. 67), this Court certified a class under Federal Rule of Civil Procedure 23(b)(3) in this case. On February 3, 2020 (ECF 180), this Court approved a class notice to be sent to the members of the class. On March 13, 2020, the approved notice was sent via email and U.S. mail to all of the members of the certified class: all pilots who worked at American Eagle Airlines and began flying at American Airlines after September 11, 2001, pursuant to the terms of the Flow-Through Agreement, also known as "Letter 3" or "Supplement W," excluding all pilots who ceased their employment at American Airlines on or before December 1, 2014. In response to the notice sent to each member of the 347-member class, only one member, William O'Neil, submitted a request to be excluded from the class. That request was timely under the deadline set forth in the class notice and approved by the Court. As such, this Judgment binds all members of the certified class, as described above, except William O'Neil.

**IT IS SO ORDERED.**

Dated: June 1, 2021

_____
RICHARD SEEBORG
Chief United States District Judge

**Final Judgment**
*American Airlines Flow-Thru Pilots Coalition v. Allied Pilots Assn.*, Case No. 3:15-cv-03125-RS