UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN AIRLINES FLOW-THRU PILOTS COALITION, on behalf of themselves and all others similarly situated and GREGORY RICHARD CORDES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>ALLIED PILOTS ASSOCIATION and AMERICAN AIRLINES, INC.,<br><br>    Defendants - Appellees. | No. 21-16131<br><br>D.C. No. 3:15-cv-03125-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered September 27, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7